IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM A ROWLAND, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00007 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* ("the *Report*") of Hon. Joel C. Hoppe recommending that I grant the Commissioner's Motion for Summary Judgment [ECF No. 16], deny Plaintiff's Motion for Summary Judgment [ECF No. 12], and affirm the Commissioner's final decision. This *Report* was filed on May 8, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED**, and the Commissioner's final decision is **AFFIRMED**. The Clerk is directed to **REMOVE** this case from the Court's docket.

The Clerk is directed to send copies of this Order to all counsel of record and to Magistrate Judge Hoppe.

Entered this 29th day of May, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE